**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF ILLINOIS**

| | |
|---|---|
| REPUBLIC TECHNOLOGIES (NA), LLC AND SREAM, INC., </br> </br> Plaintiffs, </br> vs. </br> ROOSEVELT LOMBARD TOBACCO, INC., d/b/a LOMBARD TOBACCO ON ROOSEVELT, and NAZMI YOUSEF, </br> Defendants. | Case Number: 1:20-CV-0351 |

**RULE 7.1 DISCLOSURE STATEMENT AND LOCAL**
**RULES 3.2 NOTIFICATION AS TO AFFILIATES**

Come now ROOSEVELT LOMBARD TOBACCO, INC., d/b/a Lombard Tobacco on Roosevelt and Nazmi Yousef, by counsel, Harold Abrahamson of ABRAHAMSON, REED & BILSE, and state as follows:

1. Defendants Roosevelt Lombard Tobacco, Inc., et al. state that there is no Parent Corporation, and no publicly held Corporation owning 10% or more of its stock.

2. There is no entity owning more than 5% of the Corporation.

Respectfully submitted,

/s/ Harold Abrahamson    #3913
ABRAHAMSON, REED & BILSE
8230 Hohman Avenue
Munster, Indiana 46321
Ph: (219) 595-5306
Email: aralawfirm@aol.com
Attys for Defendants